**Order entered June 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00091-CR

**JOHN ALAN SUBLETT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-80900-08**

## ORDER

The Court **GRANTS** appellant's motion for extension of time to file appellant's brief.

We **ORDER** the Clerk of the Court to file appellant's brief as of the date of this order.

/s/ CAROLYN WRIGHT
   CHIEF JUSTICE